BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-11-090 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE ON SENTENCING |
| GREGORY L. JACKSON, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Jackson is scheduled for sentencing on June 3, 2011. However, he may be called as a witness at the trial of several co-conspirators. As such, the government will not be in a position to describe to the Court the full extent of Mr. Jackson's cooperation so as to formulate a fair and reasonable sentencing recommendation to submit to the Court until the anticipated trial has concluded.

Per agreement with the government and defense counsel, it is respectfully requested that the sentencing currently set for June 3, 2011, at 10:00 a.m., be continued to October 28, 2011, at 10 a.m. The United States Probation Office is in accord with this approach.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

///

BENJAMIN B. WAGNER
United States Attorney

Date: 5/23/11                   /s/ Russell L. Carlberg
                                By: RUSSELL L. CARLBERG
                                Assistant United States Attorney


Date: 5/23/11                   /s/ Donald H. Heller*
                                DONALD H. HELLER
                                Attorney for Defendant Gregory L. Jackson

[PROPOSED] ORDER

For the reasons stated above, the Court vacates the sentencing hearing of June 3, 2011. The Court orders that the matter be set for a status conference regarding judgment and sentence on October 28, 2011, at 10 a.m.

IT IS SO ORDERED this 23rd day of May, 2011.

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

*Signed with permission.