1  DONALD H. HELLER, SBN 55717
   DONALD H. HELLER,
2  A Law Corporation
3  701 University Avenue, Suite 100
   Sacramento, CA  95825
4  Telephone:    (916) 974-3500
   Facsimile:    (916) 520-3497
5
6  Attorneys for Defendant

7  GREGORY L. JACKSON

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA     )    CR. NO. S-11-090 EJG
                                )
12       Plaintiff,              )
                                )
13                               )    STIPULATION AND ORDER TO
                                )    CONTINUE STATUS CONFERENCE
14 vs.                           )    ON SENTENCING
                                )
15                               )
   GREGORY L. JACKSON            )
16                               )
         Defendant.              )
17 _____)

18

19
         **THE PARTIES HEREBY STIPULATE AS FOLLOWS:**
20
         Mr. Jackson is scheduled for a sentencing hearing status conference on October 28, 2011,
21
   and since Mr. Jackson may be called as a witness at the trial of several co-conspirators, the
22
   government will not be in a position to describe to the COURT the full extent of Mr. Jackson's
23
   cooperation so as to formulate a fair and reasonable sentencing recommendation to submit to the
24
   Court until the anticipated trial has concluded.  Per agreement with the government and defense
25
   counsel, it is respectfully requested that the sentencing status conference currently set for
26
   October 28. 2011, at 10:00 a.m., be continued to January 20, 2012, at 10 a.m.
27

28

                                            -1-
   ORDER                                                          CR. NO. S-11-090 EJG

The United States Probation Officer Lori Clanton is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

Dated:  October 18, 2011                        /s/ Donald H. Heller
                                                DONALD H. HELLER
                                                Attorney for Defendant
                                                GREGORY L. JACKSON


                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Russell L. Carlberg              *

                                                By: RUSSELL L. CARLBERG
                                                Assistant United States Attorney

## ORDER

For the reasons stated above, the Court vacates the sentencing status conference of October 28, 2011. The Court orders that the matter be set for a status regarding judgment and sentence on January 20, 2012, at 10 a.m.

IT IS SO ORDERED.


October 18, 2011                                /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
                                                UNITED STATES DISTRICT JUDGE




* Signed with permission