1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  ANNA TRYON PLETCHER
   TAI S. MILDER
6  Trial Attorneys
   U.S. Department of Justice
7  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
8  San Francisco, CA 94102
   Telephone: (415) 436-6660
9

10

11             IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,    )    CR. NO. S-11-0090 EJG
                                 )
15                 Plaintiff,    )    STIPULATION AND ORDER TO
                                 )    CONTINUE STATUS CONFERENCE
16                               )
        v.                       )
17                               )
    GREGORY L. JACKSON,          )
18                               )
19                 Defendant.    )
    ─────────────────────────────)
20

21       THE PARTIES HEREBY STIPULATE AS FOLLOWS:

22       Mr. Jackson is currently set to appear before the Court for a

23  status conference regarding judgment and sentencing on April 27,

24  2012.  Mr. Jackson, however, may be called as a witness at the trial

25  of several co-conspirators.  In this related case, United States v.

26  Chandler, et al., Cr. No. S-11-511 EJG, four defendants, Andrew B.

27  Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore

28

                                 1

Longley, are on the Court's calendar for a status conference on April 27, 2012.

The government will not be able to fully determine its sentencing recommendation for Mr. Jackson until after a trial in the related case.   Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Jackson that is currently set for April 27, 2012 be continued to July 13, 2012.   The United States Probation Office is in accord with this approach.   It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

Dated: April 4, 2012                    Respectfully Submitted,

                                        Benjamin B. Wagner
                                        United States Attorney

                            By:    s/Russell Carlberg*
                                   RUSSELL L. CARLBERG
                                   Assistant U.S. Attorney


                                   Sharis A. Pozen
                                   Acting Assistant Attorney
                                   General

                            By:    s/Tai Milder
                                   ANNA TRYON PLETCHER
                                   TAI S. MILDER
                                   Trial Attorneys
                                   U.S. Department of Justice
                                   Antitrust Division

2

1

2                                     By:   s/Donald Heller*
                                          DONALD H. HELLER
3                                         Counsel for Defendant
     *Signed with permission
4                                              ORDER
5
         For the reasons stated above, the Court reschedules the status
6
     conference regarding judgment and sentencing to July 13, 2012 at
7
8    10:00 a.m.

9        DATED: April 5, 2012

10       IT IS SO ORDERED.

11                                    /s/ Edward J. Garcia
12                                    _____
                                      EDWARD J. GARCIA
13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28