BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

FILED
JUL 9 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY B. GHIO, <br><br> Defendant. | No. 2:10-CR-0144 EJG |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN R. VANZETTI, <br><br> Defendant. | No. 2:10-CR-0239 EJG |

```
 1  UNITED STATES OF AMERICA,           )
                                        )   No. 2:11-CR-0038 EJG
 2              Plaintiff,              )
                                        )
 3         v.                           )
                                        )
 4  RICHARD W. NORTHCUTT,               )
                                        )
 5              Defendant.              )
                                        )
 6  _____ )
                                        )
 7  UNITED STATES OF AMERICA,           )
                                        )   No. 2:11-CR-0090 EJG
 8              Plaintiff,              )
                                        )
 9         v.                           )
                                        )
10  GREGORY L. JACKSON,                 )
                                        )
11              Defendant.              )
                                        )
12  _____ )
                                        )
13  UNITED STATES OF AMERICA,           )
                                        )   No. 2:11-CR-0291 EJG
14              Plaintiff,              )
                                        )
15         v.                           )
                                        )
16  WALTER DANIEL OLMSTEAD,             )
                                        )
17              Defendant.              )
                                        )
18  _____ )
                                        )
19  UNITED STATES OF AMERICA,           )
                                        )   No. 2:11-CR-0292 EJG
20              Plaintiff,              )
                                        )
21         v.                           )
                                        )
22  ROBERT ROSE,                        )
                                        )
23              Defendant.              )
                                        )
24  _____ )
25
26
27
28
```

| | |
|---|---|
| 1  UNITED STATES OF AMERICA, | ) |
| 2          Plaintiff, | ) No. 2:11-CR-0492 MCE<br>) |
| 3     v. | ) |
| 4  KENNETH A. SWANGER, | ) |
| 5          Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**
**TO CONTINUE STATUS CONFERENCES**

The defendants in the above-entitled cases, Anthony B. Ghio, John R. Vanzetti, Richard W. Northcutt, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, and Kenneth A. Swanger, are on the Court's calendar for status conferences on July 13, 2012.

These individuals, however, may be called as witnesses at the trial of several co-conspirators. In this related case, <u>United States v. Chandler, et al.</u>, Cr. No. S-11-511 EJG, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore Longley, are also currently on the Court's calendar for a status conference on July 13, 2012, although it is expected that this status conference will be continued to September 7, 2012.

The government will not be able to fully determine its sentencing recommendation for defendants Ghio, Vanzetti, Northcutt, Jackson, Olmstead, Rose, and Swanger until after a trial in the related case. Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for these

individuals that is currently set for July 13, 2012 be continued to November 9, 2012 at 10:00 a.m. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request dates for judgment and sentencing and disclosure schedules for presentence reports.

DATED: July 6, 2012                     BENJAMIN B. WAGNER
                                        United States Attorney


                                  By:   /s/ Russell L. Carlberg
                                        RUSSELL L. CARLBERG*
                                        Assistant U.S. Attorney



                                        /s/ Anna T. Pletcher
                                        ANNA T. PLETCHER
                                        TAI S. MILDER
                                        Trial Attorneys
                                        Antitrust Division
                                        United States Department of Justice



                                        /s/ Micheal S. Thorman
                                        MICHAEL S. THORMAN*
                                        Counsel for Anthony B. Ghio



                                        /s/ Christopher H. Wing
                                        CHRISTOPHER H. WING*
                                        Counsel for John R. Vanzetti



                                        /s/Doron Weinberg
                                        DORON WEINBERG*
                                        Attorney for Richard W. Northcutt

/s/ Donald H. Heller
DONALD H. HELLER*
Attorney for Gregory L. Jackson


/s/ Carl M. Faller
CARL M. FALLER*
Attorney for Walter Daniel Olmstead


/s/ Ismail Ramsey
ISMAIL RAMSEY*
Attorney for Robert Rose


/s/ William J. Portanova
WILLIAM J. PORTANOVA*
Attorney for Kenneth A. Swanger

*Signed with permission

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the status conferences regarding judgment and sentencing for defendants Anthony B. Ghio, John R. Vanzetti, Richard W. Northcutt, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, and Kenneth A. Swanger to November 9, 2012 at 10:00 a.m.

DATED: July 9, 2012

IT IS SO ORDERED.

_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE