ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br><br>ANTHONY B. GHIO,<br><br>    Defendant. | No. 2:10-CR-0144 WBS |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br><br>THEODORE B. HUTZ,<br><br>    Defendant. | No. 2:10-CR-0238 WBS |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>    v.<br><br>JOHN R. VANZETTI,<br><br>    Defendant. | NO. 2:10-CR-0239 WBS |

```
 1  UNITED STATES OF AMERICA,          NO. 2:11-CR-0038 WBS
 2              Plaintiff,
 3        v.
 4  RICHARD W. NORTHCUTT,
 5              Defendant.
 6  _____
 7  UNITED STATES OF AMERICA,          No. 2:11-CR-0039 WBS
 8              Plaintiff,
          v.
 9
    YAMA MARIFAT,
10
                Defendant.
11
    _____
12
    UNITED STATES OF AMERICA,          No. 2:11-CR-0090 WBS
13
                Plaintiff,
14
          v.
15
    GREGORY L. JACKSON,
16
                Defendant.
17
    _____
18
19  UNITED STATES OF AMERICA,          No: 2:11-CR-0291 WBS
20              Plaintiff,
21
          v.
22
    WALTER DANIEL OLMSTEAD,
23
                Defendant.
24
25
26
27
28
```

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     v.<br><br>ROBERT ROSE,<br>             Defendant. | NO. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     v.<br><br>KENNETH A. SWANGER,<br><br>             Defendant. | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     v.<br><br>WILEY C. CHANDLER,<br><br>             Defendant. | No. 2:11-CR-511 WBS |

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on December 16, 2013.

These individuals, however, may be called as witnesses at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1 Joachim, and W. Theodore Longley, are on the Court's calendar
2 for a trial commencing on January 28, 2014.
3    The government will not be able to fully determine its
4 sentencing recommendation for defendants Ghio, Hutz, Vanzetti,
5 Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and
6 Chandler until after a trial in the related case.  Therefore,
7 per agreement with defense counsel, it is respectfully requested
8 that the status conference for these individuals that is
9 currently set for **December 16, 2013** be continued to **April 7,**
10 **2014** at 10:00 a.m.  The United States Probation Office is in
11 accord with this approach.  It is anticipated that at that time,
12 the parties will be in a better position to request dates for
13 judgment and sentencing and disclosure schedules for presentence
14 reports.

16 Dated: November 18, 2013           Respectfully submitted,

17                                    /s/ Tai S. Milder
18                                    Anna Tryon Pletcher
                                       Tai S. Milder
19                                    May Lee Heye
                                       Kelsey C. Linnett
20                                    Trial Attorneys
21                                    U.S. Department of Justice
                                       Antitrust Division
22
                                       /s/ Micheal S. Thorman *
23                                    MICHEAL S. THORMAN
24                                    Counsel for Anthony Ghio

25                                    /s/ Kresta Nora Daly *
                                       KRESTA NORA DALY
26                                    Counsel for Theodore B. Hutz
27
28                                    /s/ Christopher H. Wing *

4
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
                                        CHRISTOPHER H. WING
                                        Counsel for John R. Vanzetti

                                        /s/ Doron Weinberg *
                                        DORON WEINBERG
                                        Counsel for Richard W.
                                        Northcutt

                                        /s/ Richard Tamor *
                                        RICHARD TAMOR
                                        Counsel for Yama Marifat

                                        /s/ Donald H. Heller *
                                        DONALD H. HELLER
                                        Counsel for Gregory L.
                                        Jackson

                                        /s/ Carl M. Faller *
                                        CARL M. FALLER
                                        Counsel for Walter Daniel
                                        Olmstead

                                        /s/ Ismael Ramsey *
                                        ISMAEL RAMSEY
                                        Counsel for Robert Rose

                                        /s/ William J. Portonova *
                                        WILLIAM J. PORTONOVA
                                        Counsel for Kenneth A.
                                        Swanger

                                        /s/ Jeffrey L. Bornstein *
                                        JEFFREY L. BORNSTEIN
                                        Counsel for Wiley C. Chandler
```

* Signed with permission.

5
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

ORDER

For the reasons stated above, the Court continues the status conferences regarding judgment and sentencing for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler from **December 16, 2013** to **April 7, 2014**.

IT IS SO ORDERED.

Dated:  November 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**