ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ANTHONY B. GHIO,<br><br>Defendant. | No. 2:10-CR-0144 WBS |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>THEODORE B. HUTZ,<br><br>Defendant. | No. 2:10-CR-0238 WBS |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOHN R. VANZETTI,<br><br>Defendant. | NO. 2:10-CR-0239 WBS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD W. NORTHCUTT,<br>Defendant. | NO. 2:11-CR-0038 WBS |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YAMA MARIFAT,<br>Defendant. | No. 2:11-CR-0039 WBS |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREGORY L. JACKSON,<br>Defendant. | No. 2:11-CR-0090 WBS |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WALTER DANIEL OLMSTEAD,<br>Defendant. | No: 2:11-CR-0291 WBS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT ROSE,<br>Defendant. | NO. 2:11-CR-0292 WBS |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH A. SWANGER,<br>Defendant. | No. 2:11-CR-0492 WBS |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILEY C. CHANDLER,<br>ANTHONY B. JOACHIM<br>Defendants. | No. 2:11-CR-511 WBS |

The above-entitled cases are currently set for status hearings on **September 14, 2015.**

The related case, United States v. Katakis, et al., Cr. No. 2:11-511 WBS, went to trial on February 4, 2014. Several of the above-named defendants testified at that trial. On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice. The jury could not reach a verdict on the conspiracy to commit mail fraud count.

Katakis moved for a judgment of acquittal on the obstruction count. The Court granted the motion on May 9, 2014. On June 6, 2014, the government filed a notice of appeal. Four days earlier, on June 2, Katakis had moved for a new trial on the bid-rigging count. Parker joined that motion. On June 10, 2014, the Court stayed all proceedings pending receipt of an order of remand from the Court of Appeals. On August 31, 2015, the Ninth Circuit affirmed the Court's order granting Katakis a judgment of acquittal.

The outstanding motions for a new trial remain to be resolved. If those motions are granted, the co-conspirators in the above-named cases may be called as trial witnesses. The government will not be able to fully determine its sentencing recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, Chandler, and Joachim until after all trials in the related cases have been completed.

Therefore, per agreement with defense counsel, it is respectfully requested that the existing status conference be continued to **January 11, 2016** at 9:30 a.m. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better

\\

\\

\\

\\

\\

\\

position to request dates for judgment and sentencing and disclosure schedules for presentence reports.

Dated: September 3, 2015

Respectfully submitted,

/s/ Anna Tryon Pletcher
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

/s/ Michael S. Thorman *
MICHAEL S. THORMAN
Counsel for Anthony Ghio

/s/ Kresta Nora Daly *
KRESTA NORA DALY
Counsel for Theodore B. Hutz

/s/ Christopher H. Wing *
CHRISTOPHER H. WING
Counsel for John R. Vanzetti

/s/ Doron Weinberg *
DORON WEINBERG
Counsel for Richard W. Northcutt

/s/ Richard Tamor *
RICHARD TAMOR
Counsel for Yama Marifat

/s/ Donald H. Heller *
DONALD H. HELLER
Counsel for Gregory L. Jackson

/s/ Carl M. Faller *
CARL M. FALLER
Counsel for Walter Daniel Olmstead

/s/ Ismail Ramsey *
ISMAIL RAMSEY
Counsel for Robert Rose

/s/ William J. Portanova *
WILLIAM J. PORTANOVA
Counsel for Kenneth A. Swanger

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

/s/ Thomas A. Johnson *
THOMAS A. JOHNSON
Counsel for Anthony B. Joachim

* Signed with permission.

ORDER

For the reasons stated above, the Court continues the status conference for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, Wiley C. Chandler, and Anthony B. Joachim from **September 14, 2015** to **January 11, 2016 at 9:30 a.m.**

IT IS SO ORDERED.

Dated: September 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE