ANNA TRYON PLETCHER (Cal. Bar No. 239730)
Assistant Chief
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                  Plaintiff,         No. 2:10-CR-0144 WBS

        v.

ANTHONY B. GHIO,

                  Defendant.

_____

UNITED STATES OF AMERICA,

                  Plaintiff,         No. 2:10-CR-0238 WBS

        v.

THEODORE B. HUTZ,

                  Defendant.

_____

UNITED STATES OF AMERICA,

                  Plaintiff,         No. 2:10-CR-0239 WBS

      v.

JOHN R. VANZETTI,

                  Defendant.

_____

/ /

**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

UNITED STATES OF AMERICA,

              Plaintiff,       No. 2:11-CR-0038 WBS

      v.

RICHARD W. NORTHCUTT,

              Defendant.

_____

UNITED STATES OF AMERICA,

              Plaintiff,       No. 2:11-CR-0039 WBS

      v.

YAMA MARIFAT,

              Defendant.

_____

UNITED STATES OF AMERICA,

              Plaintiff,       No. 2:11-CR-0090 WBS

      v.

GREGORY L. JACKSON,

              Defendant.

_____

UNITED STATES OF AMERICA,

              Plaintiff,       No: 2:11-CR-0291 WBS

      v.

WALTER DANIEL OLMSTEAD,

              Defendant.

_____

//

//

//

**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

1    UNITED STATES OF AMERICA,

2                        Plaintiff,          No. 2:11-CR-0292 WBS

3              v.

4    ROBERT ROSE,

                        Defendant.

5    _____

6    UNITED STATES OF AMERICA,

7                        Plaintiff,          No. 2:11-CR-0492 WBS

8              v.

9    KENNETH A. SWANGER,

10                       Defendant.

11   _____

12   UNITED STATES OF AMERICA,

13                       Plaintiff,          No. 2:11-CR-511 WBS

14             v.

15   WILEY C. CHANDLER,
     ANTHONY B. JOACHIM
16

17                       Defendants.

18

19

20        The above-entitled cases are currently set for a status hearing on **April 4, 2016.**

21        The related case, *United States v. Katakis, et al.*, 11-CR-0511 WBS, went to trial on

22   February 4, 2014.  Several of the above-named defendants testified at that trial.  On

23   March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for

24   bid rigging and Katakis for obstruction of justice.  The jury could not reach a verdict on the

25   conspiracy to commit mail fraud count.

26        Katakis moved for a judgment of acquittal on the obstruction count.  The Court granted

27   the motion on May 9, 2014.  On June 6, 2014, the government filed a notice of appeal.  Four

28   days earlier, on June 2, Katakis had moved for a new trial on the bid-rigging count.  Parker

1

**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

1   joined that motion.  On June 10, 2014, the Court stayed all proceedings pending receipt of an

2   order of remand from the Court of Appeals.  On August 31, 2015, the Ninth Circuit affirmed the

3   Court's order granting Katakis a judgment of acquittal.

4          On October 1, 2015, Katakis and Parker filed amended motions for a new trial.  On

5   February 1, 2016, they amended their motions again.  After an evidentiary hearing on March 1

6   and 2, 2016, the Court denied Katakis's motion for a new trial on grounds that Katakis's trial

7   counsel was ineffective because he failed to interview or call certain potential witnesses.  On

8   March 16, 2016, Katakis withdrew all of his remaining grounds pertaining to his claim of

9   ineffective assistance of counsel.  A hearing is scheduled for May 9, 2016, for oral argument on

10  the remaining claims presented in Katakis's and Parker's new trial motions.

11         If the new trial motions are granted, the coconspirators in the above-named cases may be

12  called as trial witnesses.  The government will not be able to fully determine its sentencing

13  recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson, Olmstead,

14  Rose, Swanger, Chandler, and Joachim until after all trials in the related cases have been

15  completed.

16         Therefore, per agreement with defense counsel, it is respectfully requested that the

17  existing status conference be vacated and all defendants be sentenced on **September 12, 2016** at

18  9:00 a.m.  The United States Probation Office is available on that day.

19

20  Dated: March 28, 2016                          Respectfully submitted,

21                                                 /s/ Anna Tryon Pletcher
                                                   Anna Tryon Pletcher
22                                                 Assistant Chief
                                                   U.S. Department of Justice
23                                                 Antitrust Division

24                                                 /s/ Michael S. Thorman *
25                                                 MICHAEL S. THORMAN
                                                   Counsel for Anthony Ghio
26

27  \\

28  \\

2

**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

1

2    /s/ Kresta Nora Daly *
     KRESTA NORA DALY
3    Counsel for Theodore B. Hutz

4    /s/ Christopher H. Wing *
     CHRISTOPHER H. WING
5    Counsel for John R. Vanzetti

6    /s/ Doron Weinberg *
     DORON WEINBERG
7    Counsel for Richard W. Northcutt

8
     /s/ Richard Tamor *
9    RICHARD TAMOR
     Counsel for Yama Marifat
10

11   /s/ Donald H. Heller *
     DONALD H. HELLER
12   Counsel for Gregory L. Jackson

13
     /s/ Carl M. Faller *
14   CARL M. FALLER
     Counsel for Walter Daniel Olmstead
15

16   /s/ Ismail Ramsey *
     ISMAIL RAMSEY
17   Counsel for Robert Rose

18
     /s/ William J. Portanova *
19   WILLIAM J. PORTANOVA
     Counsel for Kenneth A. Swanger
20

21   /s/ Edward P. Sangster *
     EDWARD P. SANGSTER
22   Counsel for Wiley C. Chandler

23
     /s/ Thomas A. Johnson *
24   THOMAS A. JOHNSON
     Counsel for Anthony B. Joachim
25

26

27   * Signed with permission.

28   / /

3
**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**

1

ORDER

2          For the reasons stated above, the Court vacates the April 4, 2016 status conference and

3     sets defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt,

4     Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger,

5     Wiley C. Chandler, and Anthony B. Joachim for sentencing on September 12, 2016.

6          IT IS SO ORDERED.

7

8     Dated:  March 28, 2016

9                                                  _____
                                                   WILLIAM B. SHUBB
10                                                 UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIPULATION AND [PROPOSED] ORDER TO SET SENTENCING DATES**