1  ANN O'BRIEN (DC Bar No. 469594)
   Assistant Chief, Legal Policy Section
2  KELSEY C. LINNETT (Cal. Bar No. 274547)
   Trial Attorney
3  U.S. Department of Justice
   Antitrust Division
4  450 Golden Gate Avenue, Room 10-0101
   San Francisco, California 94102-3478
5  Telephone: (415) 934-5300

6  Attorneys for Plaintiff
   United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-090 WBS
   |                           | ) |
12 |                Plaintiff,  | ) | STIPULATION TO AMEND AND CORRECT
   |                           | ) | FINAL JUDGMENT ENTER ON SEPTEMBER 27,
13 |            v.             | ) | 2016
   |                           | ) |
14 | GREGORY L. JACKSON,        | ) |
   |                           | ) |
15 |                           | ) |
   |                Defendant.  | ) |
16 |                           | ) |
   |                           | ) |
17 |_____| ) |

18

19      The Government by and through its attorneys Ann O'Brien, Esq., and Kelsey C. Linnett, Esq. of

20 the U.S. Department of Justice, Antitrust Division and Defendant, Gregory L. Jackson by and through

21 his attorney Donald H. Heller, Esq., hereby stipulate and agree that one of the counts of conviction, to

22 wit, Conspiracy to Committed Mail Fraud in violation of 18 USC § 1349, as agreed in Court on

23 September 12, 2016, between the Government and counsel, is as charged, a Class C Felony and not a

24 Class B Felony. Accordingly, the parties stipulate that: Page 1 of the Judgment entered on September

25 27, 2016, be amended to correct the Nature of Offense as to Conspiracy to Committed Mail Fraud from

26 a Class B Felony to a Class C Felony.

27

28

CASE NO. 2:11-CR-090 WBS                              1
Stipulation to Amend and Correct Judgment

Dated: September 28, 2016

/s/ *Kelsey C. Linnett [with permission]*
ANN O'BRIEN
KELSEY C. LINNETT
Counsel for the Government

/s/ *Donald H. Heller*
DONALD H. HELLER
Counsel for the Defendant

### ORDER

Based on the Stipulation of the Government and Defendant Gregory L. Jackson, the Judgment in this matter it is, Hereby Ordered Amended and Corrected to reflect that the Conspiracy to Committed Mail Fraud count of conviction is a Class C Felony.

**IT IS SO ORDERED.**

**Dated:  September 29, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE